IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C. MICHAEL GONZALEZ-AGUILERA,

    Plaintiff,

v.

STEVEN SHELTON, et al.,

    Defendants.

Case No. 2:12-cv-02269-AC

ORDER

HERNANDEZ, Judge.

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice (#67) is GRANTED. All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __6__ day of August, 2013.

                                      _____
                                      Marco A. Hernandez
                                      United States District Judge

1 - ORDER -